UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS D. KRAEMER,

      Plaintiff,

   -against-

JOHN DOE 1 through JOHN DOE 938, et al.,

      Defendants.

1:26-CV-3287 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 1, 2017, the court barred Plaintiff from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Kraemer v. Edelstein*, ECF 1:17-CV-2910, 16 (S.D.N.Y. Nov. 1, 2017). Plaintiff files this new *pro se* civil action, seeks IFP status, and has not sought leave from the court to file. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the November 1, 2017 order in *Kraemer*, 1:17-CV-2910.

Accordingly, the Court also denies Plaintiff's pending motion. (ECF 5.)

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to terminate ECF 5 and to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: April 30, 2026
   New York, New York

        /s/ Laura Taylor Swain
         LAURA TAYLOR SWAIN
       Chief United States District Judge