UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS D. KRAEMER,

                    Plaintiff,

        -against-

JOHN DOE 1 THROUGH JOHN DOE 938, ET
AL.,

                    Defendants.

26 CIVIL 003287 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the April 30, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

        SO ORDERED.

Dated:   May 4, 2026
           New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                     Chief United States District Judge